```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,            :

          - v. -                     :
                                          08 Cr:
JOSE M. GIL SANTOS,                  :
   a/k/a "47,"
   a/k/a "Miguel Gil,"
   a/k/a "Jose M. Gil,"

              Defendant.             :
- - - - - - - - - - - - - - - - - -x
```



SEALED INDICTMENT

08CRIM 118

COUNT ONE

The Grand Jury charges:

1. On or about March 27, 2007, in the Southern District of New York and elsewhere, JOSE M. GIL SANTOS, a/k/a "47," a/k/a "Miguel Gil," a/k/a "Jose M. Gil," the defendant, unlawfully, knowingly, and willfully did receive, possess, conceal, store, barter, sell and dispose of falsely made, forged, altered, and counterfeited tax stamps, moving as, and which were a part of, and which constituted interstate and foreign commerce, knowing the same to have been so falsely made, forged, altered, and counterfeited, to wit, GIL SANTOS sold counterfeit New Jersey cigarette tax stamps while in Manhattan, New York.

(Title 18, United States Code, Sections 2315 and 2.)

COUNT TWO

The Grand Jury further charges:

2. On or about May 30, 2007, in the Southern District of New York and elsewhere, JOSE M. GIL SANTOS, a/k/a "47," a/k/a

"Miguel Gil," a/k/a "Jose M. Gil," the defendant, unlawfully, knowingly, and willfully did receive, possess, conceal, store, barter, sell and dispose of falsely made, forged, altered, and counterfeited tax stamps, moving as, and which were a part of, and which constituted interstate and foreign commerce, knowing the same to have been so falsely made, forged, altered, and counterfeited, to wit, GIL SANTOS sold counterfeit New Jersey cigarette tax stamps while in the Bronx, New York.

(Title 18, United States Code, Sections 2315 and 2.)

COUNT THREE

The Grand Jury further charges:

3. On or about June 18, 2007, in the Southern District of New York and elsewhere, JOSE M. GIL SANTOS, a/k/a "47," a/k/a "Miguel Gil," a/k/a "Jose M. Gil," the defendant, unlawfully, knowingly, and willfully did receive, possess, conceal, store, barter, sell and dispose of falsely made, forged, altered, and counterfeited tax stamps, moving as, and which were a part of, and which constituted interstate and foreign commerce, knowing the same to have been so falsely made, forged, altered, and counterfeited, to wit, GIL SANTOS sold counterfeit New Jersey cigarette tax stamps while in the Bronx, New York.

(Title 18, United States Code, Sections 2315 and 2.)

COUNT FOUR

The Grand Jury further charges:

4. On or about July 5, 2007, in the Southern District of New York and elsewhere, JOSE M. GIL SANTOS, a/k/a "47," a/k/a

2

"Miguel Gil," a/k/a "Jose M. Gil," the defendant, unlawfully, knowingly, and willfully did receive, possess, conceal, store, barter, sell and dispose of falsely made, forged, altered, and counterfeited tax stamps, moving as, and which were a part of, and which constituted interstate and foreign commerce, knowing the same to have been so falsely made, forged, altered, and counterfeited, to wit, GIL SANTOS sold counterfeit New Jersey cigarette tax stamps while in Manhattan, New York.

(Title 18, United States Code, Sections 2315 and 2.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSE M. GIL SANTOS,
a/k/a "47,"
a/k/a "Miguel Gil,"
a/k/a "Jose M. Gil,"

Defendant.

---

**SEALED INDICTMENT**

08 Cr.

(18 U.S.C. §§ 2315, 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.