UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                                :    **ORDER**

       - v. -                                                :    08 Cr. 118

JOSE M. GIL SANTOS,                                     :
 a/k/a "47,"
 a/k/a "Miguel Gil,"                                   :
 a/k/a "Jose M. Gil,"
                                                       :

               Defendant.                             :

- - - - - - - - - - - - - - - - - - - - - - - - x

          Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Amie N. Ely;

          It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

          ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.


Dated: New York, New York
       April 5, 2008

                              _Kevin Nathaniel Fox_
                        UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____