AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

José M. Gil-Santos
_____
Defendant

APPEARANCE BOND

CASE NUMBER: 08 CR 118 (RST)

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . . personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 10,000.00 ~~will be~~, and there ~~has been~~ deposited in the Registry of the Court the sum of $ 1,000.00 in cash or _____ (describe other security.)

on or before 10:00 A.M. on 04/07/08

The conditions of this bond are that the defendant José M. Gil-Santos (name) is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on April 5, 2008 at 500 Pearl Street, New York, New York
                                    Date                              Place

Defendant. José Miguel Gil Santos    Address. Bronx NY
Surety. Yessie Ventura Gil           Address. Bronx NY
Surety. _____              Address. Bronx NY

Signed and acknowledged before me on April 5, 2008
                                      Date

Ed Pekarek
Law Clerk
Hon. Kevin Nathaniel Fox
04/05/08

Interpreter: Mirta Hess

Approved: _____
          Judicial Officer

Judicial Officer/Clerk