USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/15/08 dc

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :    08 CR. 118 (BSJ)
                                    :
                                    :        ORDER
          -v-                       :
                                    :
JOSE GIL SANTOS,                    :
                    Defendant.      :
                                    :
------------------------------------X
```

BARBARA S. JONES, District Judge:

IT IS HEREBY ORDERED that attorney Sabrina Shroff of the Federal Defenders of NY is relieved and replaced by C.J.A. attorney Seth Farber as counsel for defendant Jose Gil Santos effective April 11, 2008.

SO ORDERED.

Dated:   New York, New York
         April 11, 2008

                                    _____
                                         BARBARA S. JONES
                                    United States District Judge